IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Muhammad Al-Ameen
_____
Full name and prison number of
plaintiff(s)

v.

Head Nurse
_____
Speigner
_____
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

RECEIVED

2006 AUG -8  A 10: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 1:06CV699- A
(To be supplied by the Clerk of the
U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✔)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✔)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
         Plaintiff(s) _____
         _____
         Defendant(s) _____
         _____

      2.  Court (if federal court, name the district; if state court, name the county)
         _____
         _____

      3.  Docket No. _____

      4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Speigver | 901 East main |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Many times it is happening now

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was or Stil is given a medication thats killing me and I do mean killing me

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). The records at the Jail it's all on record it's taking all I've got to write this complaint

GROUND TWO: They give me a choice if I take it it's ok if not they lock me up

SUPPORTING FACTS: I don't know why they make me take the medication when I keep telling them it's hurting me

GROUND THREE: I have some mental illness but when medication disagree with me I don't want it

SUPPORTING FACTS: The alergic reaction was all over my body now it's on my legs and it don't plan on leaving my body all I want is to stop this medication

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. I just want to discontinue the use of the medication this stuff is killing me

*Muhammad al-Ameen*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 8/5/06
        (date)

*Muhammad al-Ameen*
Signature of plaintiff(s)

-3-