**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Speigner

County Jail
Main Street
AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _LaChrish R._  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
LaChrish Reed

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 0713

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540