IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MUHAMMAD AL-AMEEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-699-WHA ) |
| NURSE SPEIGNER, | ) ) |
| Defendant. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before January 3, 2007 defendant Speigner shall:

1. Show cause why she has failed to file a written report in compliance with the order entered on August 14, 2006.

2. File a written report in accordance with the directives of the order entered on August 14, 2006.

The defendant is hereby advised that absent extraordinary circumstances no additional time will be granted for the filing of her written report.

Done this 15th day of December, 2006.

          /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE