IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MUHAMMAD AL-AMEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-699-WHA |
| | ) |
| NURSE PRACTITIONER DARLA SPEIGNER, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendant, Nurse Practitioner Darla Speigner.

Dated this 21st day of December, 2006.

                                            Respectfully submitted,

                                            s/Gary C. Sherrer
                                            GARY C. SHERRER (SHE016)
                                            Attorney for Above-Referenced Defendants
                                            SHERRER, JONES & TERRY, P.C.
                                            335 West Main Street
                                            Dothan, Alabama 36301
                                            Telephone: (334) 678-0100
                                            Fax: (334) 678-0900
                                            E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon, Muhammad Al-Ameen, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 21st day of December, 2006.

                                                        s/Gary C. Sherrer
                                                        OF COUNSEL