IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MUHAMMAD AL-AMEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-699-WHA |
| | ) |
| NURSE SPEIGNER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On December 15, 2006, this court entered an order, a copy of which the Clerk mailed to the plaintiff. The postal service returned this order because the plaintiff was no longer at the address he had provided for service. In the order of procedure entered in this case, the court instructed the plaintiff that he must immediately inform the court of any new address. *See Order of August 14, 2006 - Court Document No. 4* at 5. It is clear from the foregoing that the plaintiff has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that:

1. On or before January 18, 2007, the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action.

2. The defendant shall file no response to the complaint unless and until further

order of this court.

3. The motion for extension of time filed by the defendant on December 27, 2006 (Court Doc. No. 10 at 2 ¶ 7) be and is hereby DENIED as moot.

The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 8th day of January, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE